ORDERED UNSEALED on 01/21/2026 s/ STN

SEALED

FILED
Jan 10 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ YC DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2024 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN PABLO BASTIDAS ERENAS (1), aka "PAYO",
BOGAR SOTO RODRIGUEZ (2), aka "LOCO", aka "TIO",
RODOLFO CARRIZOZA MEZA (3), aka "RODO", aka "OJOS",
VICTOR MANUEL LOPEZ GURROLA (4), aka "MAMADO", aka "CHINOLA",
EDGAR IVAN ARELLANO HERNANDEZ (5), aka "WHOPPER", aka "BANCOPEL",
MIGUEL ALFREDO ALVAREZ RODRIGUEZ (6),
ANGEL DAVID MENDEZ LUNA (7),
ANDRES ESTEBAN SANCHEZ LOPEZ (8),
JESUS ANTONIO GARCIA HERNANDEZ (9), aka "CAMELLO", aka "CAMELLIN", aka "KIKE HOR",
JONATHAN DAVID DAZA RAIGOSA (10), aka "BARBAS",
JAIR JUAREZ RAMIREZ (11), aka "JAYIN", aka "JAVIER",
MARCO AURELIO ZAZUETA LOPEZ (12), aka "COMPA MARCOS",
ADOLFO TIRADO SANDOVAL (13), aka "VENADO",
OSCAR BASTIDAS FAVELA (14), aka "CACHITO",
EDGAR EDUARDO BASTIDAS NORZAGARRAY (15), aka "PERUSY",
JORGE ALEJANDRO GARCIA RAMIREZ (16), aka "ROSAS", aka "ROSITA",
JUAN GABRIEL JIMENEZ LOPEZ (17),
LUIS SERRATO (18),
JONATHAN VALENZUELA (19),
FRANCISCO FERNANDO GOMEZ VALDEZ (20), aka "CHEPE", aka "CHEPELILLO",

Defendants.

Case No. '25 CR119 WQH

I N D I C T M E N T

Title 21, U.S.C., Sec. 848(a) - Continuing Criminal Enterprise; Title 21, U.S.C., Secs. 952, 959, 960, and 963 - International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Controlled Substances; Title 46, U.S.C., Secs. 70503 and 70506(b) - Conspiracy to Possess with Intent to Distribute Cocaine on Board a Vessel; Title 18, U.S.C., Sec. 1956(h) - Conspiracy to Launder Monetary Instruments; Title 21, U.S.C., Sec. 853, Title 46, U.S.C., Sec. 70507, and Title 18, U.S.C., Sec. 982 - Criminal Forfeiture

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California, the Country of Mexico, and elsewhere, defendants JUAN PABLO BASTIDAS ERENAS, aka "PAYO", BOGAR SOTO RODRIGUEZ, aka "LOCO", aka "TIO", and RODOLFO CARRIZOZA MEZA, aka "RODO", aka "OJOS", together and with each other and with others, known and unknown to the grand jury, did knowingly and intentionally engage in a continuing criminal enterprise by violating various felony provisions of the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), including but not limited to Title 21, United States Code, Sections 841(a)(1), 846, 952, 959, 960, and 963, and Title 46, United States Code, Sections 70503 and 70506(b), which violations were part of a continuing series of violations of said Act and were undertaken by defendants JUAN PABLO BASTIDAS ERENAS, aka "PAYO", BOGAR SOTO RODRIGUEZ, aka "LOCO", aka "TIO", and RODOLFO CARRIZOZA MEZA, aka "RODO", aka "OJOS" in concert with five or more other persons with respect to whom defendants occupied positions of organizer, supervisor and other positions of management, and from which such continuing series of violations defendants obtained substantial income and resources.

All in violation of Title 21, United States Code, Section 848(a).

Count 2

Beginning at a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the country of Mexico, and elsewhere, defendants JUAN PABLO BASTIDAS ERENAS, aka "PAYO", BOGAR SOTO RODRIGUEZ, aka "LOCO", aka "TIO", RODOLFO CARRIZOZA MEZA, aka "RODO", aka "OJOS", VICTOR MANUEL LOPEZ GURROLA, aka "MAMADO",

aka "CHINOLA", EDGAR IVAN ARELLANO HERNANDEZ, aka "WHOPPER", aka "BANCOPEL", MIGUEL ALFREDO ALVAREZ RODRIGUEZ, ANGEL DAVID MENDEZ LUNA, ANDRES ESTEBAN SANCHEZ LOPEZ, JESUS ANTONIO GARCIA HERNANDEZ, aka "CAMELLO", aka "CAMELLIN", aka "KIKE HOR", JONATHAN DAVID DAZA RAIGOSA, aka "BARBAS", JAIR JUAREZ RAMIREZ, aka "JAYIN", aka "JAVIER", MARCO AURELIO ZAZUETA LOPEZ, aka "COMPA MARCOS", ADOLFO TIRADO SANDOVAL, aka "VENADO", OSCAR BASTIDAS FAVELA, aka "CACHITO", EDGAR EDUARDO BASTIDAS NORZAGARRAY, aka "PERUSY", JORGE ALEJANDRO GARCIA RAMIREZ, aka "ROSAS", aka "ROSITA", JUAN GABRIEL JIMENEZ LOPEZ, LUIS SERRATO, JONATHAN VALENZUELA, and FRANCISCO FERNANDO GOMEZ VALDEZ, aka "CHEPE", aka "CHEPELILLO", who will first enter the United States within the Southern District of California, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury, to distribute and cause the distribution of 500 grams and more of methamphetamine, a Schedule II Controlled Substance; 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; and 5 kilograms and more of cocaine, a Schedule II Controlled Substance; intending, knowing and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 952, 959, 960, and 963.

Count 3

Beginning at a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California, and elsewhere, defendants JUAN PABLO BASTIDAS ERENAS, aka "PAYO", BOGAR SOTO RODRIGUEZ, aka "LOCO", aka "TIO", RODOLFO

CARRIZOZA MEZA, aka “RODO”, aka “OJOS”, VICTOR MANUEL LOPEZ GURROLA, aka “MAMADO”, aka “CHINOLA”, EDGAR IVAN ARELLANO HERNANDEZ, aka “WHOPPER”, aka “BANCOPEL”, MIGUEL ALFREDO ALVAREZ RODRIGUEZ, ANGEL DAVID MENDEZ LUNA, ANDRES ESTEBAN SANCHEZ LOPEZ, JESUS ANTONIO GARCIA HERNANDEZ, aka “CAMELLO”, aka “CAMELLIN”, aka “KIKE HOR”, JONATHAN DAVID DAZA RAIGOSA, aka “BARBAS”, JAIR JUAREZ RAMIREZ, aka “JAYIN”, aka “JAVIER”, MARCO AURELIO ZAZUETA LOPEZ, aka “COMPA MARCOS”, ADOLFO TIRADO SANDOVAL, aka “VENADO”, OSCAR BASTIDAS FAVELA, aka “CACHITO”, EDGAR EDUARDO BASTIDAS NORZAGARRAY, aka “PERUSY”, JORGE ALEJANDRO GARCIA RAMIREZ, aka “ROSAS”, aka “ROSITA”, JUAN GABRIEL JIMENEZ LOPEZ, LUIS SERRATO, JONATHAN VALENZUELA, and FRANCISCO FERNANDO GOMEZ VALDEZ, aka “CHEPE”, aka “CHEPELILLO”, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more of methamphetamine, a Schedule II Controlled Substance; 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; and 5 kilograms and more of cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 4

Beginning at a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California, and elsewhere, defendants JUAN PABLO BASTIDAS ERENAS, aka “PAYO”, BOGAR SOTO RODRIGUEZ, aka “LOCO”, aka “TIO”, RODOLFO CARRIZOZA MEZA, aka “RODO”, aka “OJOS”, VICTOR MANUEL LOPEZ GURROLA, aka “MAMADO”, aka “CHINOLA”, EDGAR IVAN ARELLANO HERNANDEZ, aka “WHOPPER”, aka “BANCOPEL”, MIGUEL ALFREDO ALVAREZ RODRIGUEZ, ANGEL

DAVID MENDEZ LUNA, ANDRES ESTEBAN SANCHEZ LOPEZ, JESUS ANTONIO GARCIA HERNANDEZ, aka "CAMELLO", aka "CAMELLIN", aka "KIKE HOR", JONATHAN DAVID DAZA RAIGOSA, aka "BARBAS", JAIR JUAREZ RAMIREZ, aka "JAYIN", aka "JAVIER", MARCO AURELIO ZAZUETA LOPEZ, aka "COMPA MARCOS", ADOLFO TIRADO SANDOVAL, aka "VENADO", OSCAR BASTIDAS FAVELA, aka "CACHITO", EDGAR EDUARDO BASTIDAS NORZAGARRAY, aka "PERUSY", JORGE ALEJANDRO GARCIA RAMIREZ, aka "ROSAS", aka "ROSITA", JUAN GABRIEL JIMENEZ LOPEZ, LUIS SERRATO, JONATHAN VALENZUELA, and FRANCISCO FERNANDO GOMEZ VALDEZ, aka "CHEPE", aka "CHEPELILLO", did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury, to import 500 grams and more of methamphetamine, a Schedule II Controlled Substance; 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; and 5 kilograms and more of cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 952, 960 and 963.

Count 5

Beginning on a date unknown to the grand jury and continuing up to and including the date of this Indictment, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants JUAN PABLO BASTIDAS ERENAS, aka "PAYO", and BOGAR SOTO RODRIGUEZ, aka "LOCO", aka "TIO", did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

Count 6

Beginning on a date unknown to the grand jury and continuing up to the date of the Indictment, within the Southern District of California, and elsewhere, defendant RODOLFO CARRIZOZA MEZA, aka "RODO", aka "OJOS" did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, that is, drug trafficking, and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 through 6 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 46, United States Code, Section 70507.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 4 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JUAN PABLO BASTIDAS ERENAS, aka "PAYO", BOGAR SOTO RODRIGUEZ, aka "LOCO", aka "TIO", RODOLFO CARRIZOZA MEZA, aka "RODO", aka "OJOS",

VICTOR MANUEL LOPEZ GURROLA, aka "MAMADO", aka "CHINOLA", EDGAR IVAN ARELLANO HERNANDEZ, aka "WHOPPER", aka "BANCOPEL", MIGUEL ALFREDO ALVAREZ RODRIGUEZ, ANGEL DAVID MENDEZ LUNA, ANDRES ESTEBAN SANCHEZ LOPEZ, JESUS ANTONIO GARCIA HERNANDEZ, aka "CAMELLO", aka "CAMELLIN", aka "KIKE HOR", JONATHAN DAVID DAZA RAIGOSA, aka "BARBAS", JAIR JUAREZ RAMIREZ, aka "JAYIN", aka "JAVIER", MARCO AURELIO ZAZUETA LOPEZ, aka "COMPA MARCOS", ADOLFO TIRADO SANDOVAL, aka "VENADO", OSCAR BASTIDAS FAVELA, aka "CACHITO", EDGAR EDUARDO BASTIDAS NORZAGARRAY, aka "PERUSY", JORGE ALEJANDRO GARCIA RAMIREZ, aka "ROSAS", aka "ROSITA", JUAN GABRIEL JIMENEZ LOPEZ, LUIS SERRATO, JONATHAN VALENZUELA, and FRANCISCO FERNANDO GOMEZ VALDEZ, aka "CHEPE", aka "CHEPELILLO", shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 through 4 of this Indictment.

3. Upon conviction of the offense alleged in Count 5 of this Indictment, and pursuant to Title 46, United States Code, Section 70507(a), defendants JUAN PABLO BASTIDAS ERENAS, aka "PAYO", and BOGAR SOTO RODRIGUEZ, aka "LOCO", aka "TIO", shall forfeit to the United States any property used or intended to be used to commit or to facilitate the commission of the violation.

4. Upon conviction of the offense alleged in Count 6 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant RODOLFO CARRIZOZA MEZA, aka "RODO", aka "OJOS", shall forfeit to the United States all property involved in the offense and all property traceable to such property.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, Title 46, United States Code, Section 70507, and Title 18, United States Code, Section 982.

DATED: January 10, 2025.

[redacted]

TARA K. McGRATH
United States Attorney

By: JOSHUA C. MELLOR
Assistant U.S. Attorney